# IN THE SUPREME COURT
# STATE OF NORTH DAKOTA

## 2021 ND 167

Cara Isabelle Sims,                                                        Petitioner

v.

Earl Otis Sims,                                      Respondent and Appellant

## No. 20210039

Appeal from the District Court of Ransom County, Southeast Judicial District, the Honorable Mark T. Blumer, Judge.

AFFIRMED.

Per Curiam.

Earl O. Sims, Jr., self-represented, Morgantown, WV, respondent and appellant.

**Sims v. Sims**
**No. 20210039**

**Per Curiam.**

[¶1]   Earl Sims appeals from a domestic violence protection order entered against him in December 2020. He argues the evidence presented at the district court hearing did not support the two-year protection order. We conclude the court's findings are not clearly erroneous. *See Lindstaedt v. George*, 2020 ND 262, ¶¶ 3, 5, 952 N.W.2d 102 (the clearly erroneous standard of review applies to factual findings made by the district court in N.D.C.C. § 14-07.1-02 domestic violence proceedings). We affirm under N.D.R.App.P. 35.1(a)(2).

[¶2]   Jon J. Jensen, C.J.
        Gerald W. VandeWalle
        Daniel J. Crothers
        Lisa Fair McEvers
        Jerod E. Tufte

1
